Leo A. Ryan, Administrator of Estate of Chauncey Esch, Deceased, Appellee, v. Chicago and North Western Railway Company, Appellant.

Gen. No. 42,617.

opinion filed October 25, 1943. Nelson J. Wilcox and Drennan J. Slater, for appellant; Ryan, Condon & Livingston, for appellee; John M. Tuohy, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.

People of the State of Illinois, Defendant in Error, v. Frank Edelman, Plaintiff in Error.

Gen. No. 42,629.

opinion filed October 25, 1943; rehearing denied November 8, 1943. W. G. Anderson and Francis J. Callahan, for plaintiff in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.